[No. 29252-8-I.   Division One.   April 5, 1993.]

BOUNG LIM, ET AL, *Appellants*, v. NORDSTROM, INC.,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 87-2-04189-1, Liem E. Tuai, J., entered August
24, 1990. *Affirmed* by unpublished opinion per Baker, J.,
concurred in by Pekelis, A.C.J., and Kennedy, J.

[No. 28651-0-I.   Division One.   April 5, 1993.]

MARIA JULL, *Appellant*, v. BEVERLY ENTERPRISES,
INC., ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 86-2-07356-6, James D. McCutcheon, Jr., J.,
entered May 10, 1991. *Affirmed* by unpublished opinion per
Kennedy, J., concurred in by Pekelis, A.C.J., and Forrest, J.

[No. 27316-7-I.   Division One.   April 5, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT
EMMITT MORSE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-1-01434-3, Norma Smith Huggins, J., entered
November 15, 1990. *Affirmed* by unpublished opinion per
Pekelis, A.C.J., concurred in by Scholfield and Agid, JJ.